UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 23-2095-GW-SHKx | Date | April 25, 2024 |
|---|---|---|---|
| Title | *Electrolux Home Products, Inc. v. Aquamor, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Agreement in Principle on Settlement Under Local Rule 40-2 [34] was filed on April 24, 2024. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for May 30, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on May 28, 2024.

:

Initials of Preparer   JG